```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 03866
   GREGORY J WEDESKY
   THERESA M WEDESKY                            CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
            Debtor
   SSN XXX-XX-4891      SSN XXX-XX-5412

--------------------------------------------------------------------------------
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 02/02/04 and confirmed on 04/30/04.

   2.   The case was dismissed after confirmation, 08/03/2007.

   3.   The Debtor paid a total of $  54808.76 .

   4.   The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE          CURRENT MORTG         .00              .00             .00
CHASE HOME FINANCE          MORTGAGE ARRE    45093.79              .00        45093.79
DAIMLER CHRYSLER FINANCI    UNSECURED         1159.98              .00             .00
INTERNAL REVENUE SERVICE    PRIORITY          9935.88              .00         6115.49
AT&T MOBILITY LLC           UNSECURED        NOT FILED             .00             .00
CAPITAL ONE FINANCIAL       FILED LATE            .00              .00             .00
CAPITAL ONE FINANCIAL       FILED LATE            .00              .00             .00
CAPITAL ONE FINANCIAL       FILED LATE            .00              .00             .00
CAPITAL ONE FINANCIAL       FILED LATE            .00              .00             .00
CAPITAL ONE FINANCIAL       FILED LATE            .00              .00             .00
CAPITAL ONE FINANCIAL       FILED LATE            .00              .00             .00
B FIRST LLC                 UNSECURED         3737.08              .00             .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         1178.49              .00             .00
RESURGENT CAPITAL SERVIC    UNSECURED         6791.48              .00             .00
PROVIDIAN NATIONAL BANK     UNSECURED        NOT FILED             .00             .00
PROVIDIAN NATIONAL BANK     UNSECURED        NOT FILED             .00             .00
INTERNAL REVENUE SERVICE    UNSECURED          723.89              .00             .00
         Summary of disbursements:
--------------------------------------------------------------------------------
                   SECURED       PRIORITY     UNSECURED        OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  45093.79      9935.88      13590.92          .00       68620.59
PRINCIPAL PAID      45093.79      6115.49           .00          .00       51209.28
INTEREST PAID            .00           .00          .00          .00             .00
TOTAL PAID          45093.79      6115.49           .00          .00       51209.28
The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   2700.00
and was paid $   1500.00  direct and $   1200.00  through the plan.

The Trustee received $   2399.48 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                            /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE